**DAVID M. MICHAEL, CSBN 74031**
**MICHAEL & BURCH LLP**
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:   (415) 946-8996
Facsimile:    (877) 538-6220
E-mail:      david@michaelburchlaw.com

**Attorney for Defendant**
**EVGENI KOPANKOV**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-MJ-70500 |
| Plaintiff, | |
| v. | |
| EVGENI KOPANKOV, | **STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION;** [Proposed] **ORDER** |
| Defendant. | |

   The parties, through their undersigned counsel, agree, subject to the Court's approval, that, due to the delay in the release of Defendant from custody, the Conditions of Release and Appearance, agreed to by Defendant on April 12, 2019, be modified such that Defendant's compliance date for posting of the real property in Whitethorn, CA, previously verbally ordered by the Court to be complied with by April 19, 2019, be extended to April 29, 2019.

IT IS SO STIPULATED:          DAVID L. ANDERSON
                              United States Attorney

                              *S/Neal C. Hong*
Dated: April 18, 2019         NEAL C. HONG
                              Assistant United States Attorney


                              *s/David M. Michael*
Dated:  April 18, 2019        DAVID M. MICHAEL
                              Attorney for Evgeni Kopankov

Stipulation for Modification of Pretrial Release Condition; [Proposed] Order       1
Case No. 19-MJ-70500

**[Proposed] ORDER**

Pursuant to the foregoing stipulation and good cause having been shown,

IT IS SO ORDERED THAT that the Conditions of Release and Appearance, previously ordered by the Court and agreed to by Defendant on April 12, 2019, are modified such that Defendant's compliance date for posting of the real property in Whitethorn, CA, is extended to April 29, 2019.

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge